| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|

☐ *Attorney for*:

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - _____ DIVISION**

In re:

_____
Debtor(s).

vs.

_____
Plaintiff(s).

_____
Defendant(s).

CASE NO.:
ADVERSARY NO. (*if applicable*):
CHAPTER:

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE IN A SPECIFIC BANKRUPTCY CASE AND/OR ADVERSARY PROCEEDING(S)**

**[LBR 2090-1(b); 9013-1(q)]**

[No hearing required per LBR 2090-1(b)(6)]

1. I, _____, apply to the court under LBR 2090-1(b) for permission to appear on behalf of the following named party, by whom I have been retained (*specify name of party*): _____,

    in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases, unless the representation is limited as follows:

2. I paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court; attached is a copy of the receipt.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2024*                                        Page 1                                        **F 2090-1.2.APP.NONRES.ATTY**

3. I am a lawyer with the following law firm (*specify name and address of law firm*):

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (s*pecify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):

5. I am not a resident of, nor am I regularly employed, engaged in business, professional, or other activities in the state of California.  I am not currently suspended or disbarred in any court.

   6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
|  |  |  |  |  |

7. I ☐ have ☐ have not been disciplined by any court or administrative body. ☐ Disciplinary proceedings are pending; details are as follows:

   _____
   _____
   _____
   _____
   _____
   _____

   I ☐ resigned ☐ did not resign    while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person ("Local Counsel") of the following law firm, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.  The Local Counsel has an active login and password for filing documents electronically via CM/ECF and lodging orders electronically via LOU.

   Information about Local Counsel:

   Name and Bar Number:

   Name and Address of law firm:

   Telephone number:

   Email Address:

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 1/26/2026

_____
Signature of applicant

Gary Seitz
_____
Printed name of applicant

## CONSENT OF LOCAL COUNSEL

I consent to the foregoing designation.

Date: January 26, 2026

_____
Signature of Local Counsel

Dirk O. Julander
_____
Printed name of Local Counsel

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2024 — Page 3 — F 2090-1.2.APP.NONRES.ATTY

# Transaction Details

## Bankruptcy Pro Hac Vice Application Fee

**Non-Resident Attorney's Name:** Gary Seitz

**Firm Name:** Gellert Seitz Busenkell & Brown, LLC

**Bankruptcy Case Number or Adversary Proceeding Case Number:**

   1:25-bk-12344-VK

**Party Name:** LA Micro Group (UK) Ltd

**Tracking Number(s):** PHV-260122-000-0859

**Pay.gov Tracking ID:** 27UUDTRD

**Transaction Date:** 01/22/2026

**Agency Name:** U.S. Distirct Court

**Account Holder Name:** Gary Seitz

**Account Number:** ************2156

**Amount:** 450.00

**Billing Address:** 1201 N Orange Street

**Billing Address 2:** Ste 300

**City:** Wilmington

**State/Province:** DE

**Zip/Postal:** 19801

**For assistance, please contact:**

Attorney Admissions

United States District Court

Central District of California

Tel: (213) 894-2085

**For questions related to payment, please contact the Fiscal department at fis_cac@cacd.uscourts.gov**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

9110 Irvine Center Drive, Irvine, CA 92618

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE IN A SPECIFIC BANKRUPTCY CASE AND/OR ADVERSARY PROCEEDINGS [LBR 2090-1(b); 9013-1(q)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/03/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David B. Golubchik: dbg@lnbyg.com; Carmela Pagay: ctp@lnbyg.com; Katherine Bunker: kate.bunker@usdoj.gov; Michael Adler: madler@ta-llp.com; Wilmington Savings Fund Society | David Coats: dacoats@raslg.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/03/2026 | Helene Saller | /s/ Helene Saller |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.